```
 1  Craig A. Welin (State Bar No. 138418)
    cwelin@frandzel.com
 2  FRANDZEL ROBINS BLOOM & CSATO, L.C.
    6500 Wilshire Boulevard, 17th Floor
 3  Los Angeles, California  90048-4920
    Telephone:  (323) 852-1000
 4  Facsimile:  (323) 651-2577

 5  Attorneys for Secured Creditor,
    BUILDERS BANK
 6
```

FILED & ENTERED

FEB 16 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ogier   DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO DIVISION

| In re | CASE No. 1:09-bk-24657-GM |
|---|---|
| CARBON BEACH PARTNERS, LLC, | Chapter 11 |
| Debtor. | **ORDER ON MOTION BY BUILDERS BANK TO DEEM DEBTOR A SINGLE ASSET REAL ESTATE ENTITY IN ACCORDANCE WITH 11 U.S.C. §101(51B)** |
| | Date: February 10, 2010<br>Time: 10:00 a.m.<br>Ctrm: 303 |

Upon consideration of the Motion by Builders Bank to Deem the Debtor Carbon Beach Partners, LLC, a Single Asset Real Estate Entity in accordance with 11 U.S.C. Section 101 (51B) ("Motion") and the Declaration of Non-Opposition filed by Builders Bank's counsel, Craig A. Welin of Frandzel Robins Bloom & Csato, L.C., and good cause appearing,

IT IS HEREBY ORDERED that Builders Bank's Motion is granted in its entirety.  The debtor, Carbon Beach Partners, LLC, is

658402.1 | 100170-0011                    1

1 | hereby deemed to be a single asset real estate entity in
2 | accordance with §101(51B) of the United States Bankruptcy Code.
3 |
4 | ###

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

DATED: February 16, 2010

_____
United States Bankruptcy Judge

| | |
|---|---|
| In re: CARBON BEACH PARTNERS, LLC, Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 1:09-bk-24657-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

6500 Wilshire Boulevard, 17th Floor, Los Angeles, California 90048-4920

The foregoing documents described:

**1. Order on Motion by Builders Bank to Deem Debtor a Single Asset Real Estate Entity in Accordance with §101(51B);**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u> – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 11, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II.** <u>**SERVED BY U.S. MAIL OR OVERNIGHT MAIL -**</u> (indicate method for each person or entity served)**:**
On February 11, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

Honorable Geraldine Mund  (Via Overnight Express)
United States Bankruptcy Court-Central District of California
21041 Burbank Blvd., Suite 325
Woodland Hills, CA 91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 11, 2010 | Sophia Margetis | /s/ Sophia Margetis |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

658402.1 | 100170-0011                3

| | |
|---|---|
| In re: CARBON BEACH PARTNERS, LLC, Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 1:09-bk-24657-GM |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**SERVICE LIST**

***Debtor*** (Via U.S. Mail)
**Carbon Beach Partners, LLC**
**5016 Parkway Calabasas, Ste. 205**
**Calabasas, CA 91302**

***Counsel for Debtor*** (Via U.S. Mail)
**Anne Wells**
**2463 Ashland Ave.**
**Santa Monica, CA 90405**

***U.S. Trustee*** (Via U.S. Mail)
**United States Trustee (SV)**
**21051 Warner Center Lane, Suite 115**
**Woodland Hills, CA 91367**

***Counsel for U.S. Trustee*** (Via U.S. Mail)
**S. Margaux Ross**
**21051 Warner Ctr. Ln. Ste. 115**
**Woodland Hills, CA 91367**

***Counsel for Creditor ALL PRO FRAMING, INC.*** (Via U.S. Mail)
**Steven W. Weinshenk, Esq.**
**Stephen M. Sanders, Esq.**
**Steven W. Weinshenk, A Professional Law Corporation**
**24005 Ventura Boulevard**
**Calabasas, CA 91302**

**Cynthia Futter**
**Futter-Wells PC**
**2463 Ashland Ave**
**Santa Monica, CA 90405**

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

658402.1 | 100170-0011

4

| In re: CARBON BEACH PARTNERS, LLC, Debtor(s). | CHAPTER 11 |
|---|---|
| | CASE NUMBER 1:09-bk-24657-GM |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON MOTION BY BUILDERS BANK TO DEEM DEBTOR A SINGLE ASSET REAL ESTATE ENTITY IN ACCORDANCE WITH 11 U.S.C. §101 (51B)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"**NEF**"**)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of February 11, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Leib M Lerner    leib.lerner@alston.com
- Scott H Noskin    snoskin@mirmanbubman.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Stephen M Sanders    smsanders@swlawfirm.net
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Craig A Welin    cwelin@frandzel.com, efiling@frandzel.com;smargetis@frandzel.com
- Anne Wells    wellsanne@earthlink.net

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Cynthia Futter
Futter-Wells PC
2463 Ashland Ave
Santa Monica, CA 90405

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000