CYNTHIA FUTTER (SBN #114096)
ANNE E. WELLS (SBN #155975)
FUTTER-WELLS, PC
2463 Ashland Avenue
Santa Monica, CA 90405
Telephone: (310) 450-6857
Facsimile: (888) 900-9077

Attorneys for Chapter 11
Debtor and Debtor in Possession

**FILED & ENTERED**

**SEP 08 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY holbert    DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO DIVISION**

| | |
|---|---|
| In re<br><br>Carbon Beach Partners, LLC, a Delaware limited liability company,<br><br>Debtor and Debtor in Possession. | Bk. No. 1:09-24657-GM<br><br>Chapter 11<br><br>**ORDER APPROVING AMENDED DISCLOSURE STATEMENT FOR DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION**<br><br>**Disclosure Statement Hearing**<br><br>Date: June 29, 2010<br>Time: 10:00 AM<br>Place: Courtroom 303<br>       21041 Burbank Boulevard<br>       Woodland Hills, CA 91367<br><br>**Plan Confirmation Hearing**<br>**See Disclosure Statement for**<br>**Voting and Objecting Procedures**<br><br>Date: October 1, 2010<br>Time: 10:00 AM<br>Ctrm: Courtroom 303<br>       21041 Burbank Boulevard<br>       Woodland Hills, CA 91367 |

On June 29, 2010, the Court held a hearing on the Amended Disclosure Statement for Debtor's Plan of Reorganization, reflected as docket number 45 on this Court's docket (the "Disclosure Statement"). Appearances were as noted on the record. At a hearing on July 8, 2010, the Court orally approved the Disclosure Statement. Appearances were as noted on the record. It is therefore, ORDERED that the Disclosure Statement is approved and the confirmation hearing on the Debtor's Plan of Reorganization shall be held on October 1, 2010 at 10:00 AM.

Submitted by:

Futter-Wells, PC

BY:_____/s/ Cynthia Futter_____
Counsel to Carbon Beach Partners, LLC,
Debtor and Debtor in Possession

### 

DATED: September 8, 2010

_____
United States Bankruptcy Judge

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Futter-Wells, P.C., 2463 Ashland Avenue, Santa Monica, CA 90405.

The foregoing document described as

**ORDER APPROVING AMENDED DISCLOSURE STATEMENT FOR DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 9/03/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Leib M Lerner    leib.lerner@alston.com
Scott H Noskin    snoskin@mirmanbubman.com
S Margaux Ross    margaux.ross@usdoj.gov
Stephen M Sanders    smsanders@swlawfirm.net
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Craig A Welin    cwelin@frandzel.com, efiling@frandzel.com;smargetis@frandzel.com
Anne Wells    wellsanne@earthlink.net

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On  9/03/10  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.

Honorable Geraldine Mund
United States Bankruptcy Judge
Suite 342
21041 Burbank Boulevard
Woodland Hills, CA 90367

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on           I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.

☐ Service information continued on attached page
I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| 9/03/10 | Anne E. Wells | /s/Anne E. Wells |
| *Date* | *Type Name* | *Signature* |

# SERVICE LIST FOR ENTERED ORDER

Notice is given by the court that a judgment or order entitled

### ORDER APPROVING AMENDED DISCLOSURE STATEMENT FOR DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION

was entered on the date indicated as entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Leib M Lerner    leib.lerner@alston.com
Scott H Noskin    snoskin@mirmanbubman.com
S Margaux Ross    margaux.ross@usdoj.gov
Stephen M Sanders    smsanders@swlawfirm.net
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Craig A Welin    cwelin@frandzel.com, efiling@frandzel.com;smargetis@frandzel.com
Anne Wells    wellsanne@earthlink.net

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

   N/A

**III.        TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:
   **N/A**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28