Cynthia Futter (SBN 114096)
Anne E. Wells (SBN 155975)
Futter-Wells, P.C.
2463 Ashland Avenue
Santa Monica, CA 90405
Phone: 310-450-6857
Fax: 888-900-9077
Counsel for Debtor and
Debtor in Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO DIVISION

| | |
|---|---|
| In re:<br><br>Carbon Beach Partners, LLC, a<br>Delaware Limited Liability Company,<br><br>            Debtor in Possession. | Case No.: 09-24657-GM<br><br>**DECLARATION OF JOHN SCHMENDIG REGARDING FINANCING UNDER PLAN OF REORGANIZATION**<br><br>Date: October 1, 2010<br>Time: 10:00 AM<br>Place: Courtroom 303 |

I, John Schmendig, declare:

    1.    I am employed by Active Mortgage, Inc., a California corporation ("Active"). I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, could and would testify competently thereto.

    2.    In my capacity as Vice President for Active, I am familiar with the real property owned by Carbon Beach Partners, LLC, the Debtor and Debtor in Possession (the "Debtor") on Pacific Coast Highway, Malibu, California (the "Project"). Active has been asked by the manager of the Debtor to make a loan to the Debtor to complete construction of the Project pursuant to a budget and development plan provided to Active by the Debtor.

    3.    In that capacity, Active has done its due diligence on the Project and the proposed financing, and has agreed, subject to certain terms and conditions, to provide financing to the Debtor to complete construction of the Project. Active is

1

familiar with the management of the Debtor and the general contractor candidates the Debtor is considering. Active is also familiar with the costs to complete provided by the Debtor and is prepared, subject to the terms and conditions provided in the plan and any accompanying loan documents, to make said loan if pursued by the Debtor. These terms and conditions include Active being granted a first priority lien on the Project for the amount of the loan and other financial terms and conditions provided in the plan and disclosure statement filed by the Debtor with the Bankruptcy Court. In addition, Active will require standard loan documentation for this loan.

    4. Active has a valid Finance Lenders License from the State of California and is authorized and has the financial resources to make the loan proposed by the Debtor.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of September 2010 at Culver City, California.

/s/ John Zehundy