Cynthia Futter (SBN 114096)
Anne E. Wells (SBN 155975)
Futter-Wells, P.C.
2463 Ashland Avenue
Santa Monica, CA 90405
Phone: 310-450-6857
Fax: 888-900-9077
Counsel for Debtor and
Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO DIVISION

| | |
|---|---|
| In re:<br>Carbon Beach Partners, LLC, a<br>Delaware Limited Liability Company,<br><br>　　　　　　　Debtor in Possession. | Case No.: 09-24657-GM<br><br>**DECLARATION OF MICHAEL KOOK REGARDING VALUATION OF PROPERTY**<br><br>**Date:  October 1, 2010**<br>**Time: 10:00 AM**<br>**Place:  Courtroom 303** |

I, Michael Kook, declare:

1. I am an individual over the age of 18.  I submit this declaration in support of with respect to several pending matters in the chapter 11 bankruptcy case of Carbon Beach Partners, LLC, the debtor and debtor in possession herein (the "Debtor").  If called as a witness, I would and could testify competently hereto.

2. I am a California licensed real estate sales agent (DRE # 01765377).  I currently have my license with Keller Williams, a national residential and

1

commercial real estate firm. I specialize in and have extensive experience in providing buyer purchase opinions as to the value of real estate ("BPO's").

3. Since 2009 I have prepared more than 1500 BPO's to buyers, banks and bankruptcy trustees.

4. I was retained by the law firm of Futter-Wells to provide a BPO regarding the eight unit luxury condominium development located at 22065 Pacific Coast Highway, Malibu, California (the "Property").

5. The Property consists of eight almost completed luxury condominiums (the "Units"). In preparing the BPO, I visited the Property and conducted an investigation of it, including the exterior of the Property, the interior of the Property, and the roof of each of the eight units.

6. The exterior of the Property fronts onto Pacific Coast Highway in a prime Malibu area known as "Billionaire's Beach." The Project has an easement which provides beach access about 100-200 feet away from the actual Property site.

7. Completion of the exterior requires some planting of the landscape and some finishing of the hardscape (the "Landscape").

8. Each unit is over 3300 sq. ft., has three bedrooms and four bathrooms, between two and six private underground parking spaces, a private elevator from the garage, ocean views, and a rooftop deck with a Jacuzzi.

2

9. The Units are in varying stages of completion as follows:

- Unit 1 is approximately 70% complete; incomplete cabinets, counter tops, fixtures and carpeting;

- Unit 2 is approximately 70% complete; incomplete cabinets, counter tops, fixtures and carpeting;

- Unit 3 is approximately 90% complete with carpeting and fixtures. It served as the sales model for the Property (the "Model");

- Unit 4 is approximately 75% complete; incomplete counter tops, fixtures and carpeting;

- Unit 5 is approximately 75% complete; incomplete counter tops, fixtures and carpeting;

- Unit 6 is approximately 75% complete; incomplete counter tops, fixtures and carpeting;

- Unit 7 is approximately 75% complete; incomplete counter tops, fixtures and carpeting;

Unit 8 is approximately 75% complete; incomplete counter tops, fixtures and carpeting.

10. After visiting the Property, I compared the Project to other comparable condominiums that have sold and are for sale in Southern California. I also looked at information regarding the sales prices for property in this area,

fronting both the ocean and on Pacific Coast Highway. I also looked at the costs of completion for a project of this nature and reviewed the costs to complete for this specific Property. In addition, I reviewed earlier valuation indications for this Property. I also reviewed other information I deemed relevant to my estimation of market value for these Units.

11. In my experience, the potential buyers of these kinds of Units do not need to rely on traditional financing in order to acquire these kinds of Units. They typically have substantial net worth, and are easily financed even in this market climate.

12. The estimated costs to complete the Landscaping and the Units in a manner comparable to those in the Model are approximately $2,000,000.

13. Using a per square foot estimation of $1000 per square foot, which is what comparable property sells for in this current market. In my opinion, the Units would sell for approximately $3,400,000 at that price per square foot. However, given the current market conditions, I estimate that the actual sales price will be less than a price calculated based on the square footage.

14. In my opinion, the individual Units will sell for approximately $2,800,000 in a finished condition comparable to that of the Model.

15. In my opinion, the individual Units will sell for approximately $2,550,000 each in "as is" unfinished condition.

4

16. In my opinion, the Project as a whole will sell for approximately $22,900,000 in a finished condition comparable to that of the Model.

17. In my estimation, the Project as a whole will sell for approximately $21,150,000 in "as is" unfinished condition.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. If called as a witness, I would and could testify competently thereto.

Executed this 10th day of September 2010 at Los Angeles, California.

_____
Michael Kook