Cynthia Futter (SBN 114096)
Futter-Wells, P.C.
2463 Ashland Avenue
Santa Monica, CA 90405
Phone: 310-450-6857
Fax: 310-450-9106

Attorneys for Debtor
Proposed counsel for Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO DIVISION**

| | |
|---|---|
| In re:<br><br>Carbon Beach Partners, LLC, a Delaware limited liability company,<br><br>                Debtor. | Case No.: 09-24657-GM<br><br>**NOTICE OF NON-OPPOSITION TO RECEIVER'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM**<br><br>**Date:** March 10, 2011<br>**Time:** 10:00 am<br>**Place:** 21041 Burbank Boulevard<br>        Courtroom 303<br>        Woodland Hills, CA 91367 |

To the Honorable Geraldine Mund, United States Bankruptcy Judge, creditors and other parties in interest:

    Carbon Beach Partners, LLC, the Debtor and Debtor in Possession (the "Debtor"), does not oppose the Receiver's motion for allowance of administrative claim as prayed for in its motion.

Dated: March 2, 2011                            Respectfully Submitted,

                                              Carbon Beach Partners, LLC


                                                By*:   /s/ Cynthia Futter*
                                                      Cynthia Futter
                                                      Futter-Wells, PC

1

Counsel to Carbon Beach Partners, LLC,
Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Futter-Wells, P.C., 2463 Ashland Avenue, Santa Monica, CA 90405.

**Debtor's First Status Report**

The foregoing document described as

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/2/11, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

> Leib M Lerner    leib.lerner@alston.com
> Scott H Noskin    snoskin@mirmanbubman.com
> S Margaux Ross    margaux.ross@usdoj.gov
> Stephen M Sanders    smsanders@swlawfirm.net
> United States Trustee (SV)
> ustpregion16.wh.ecf@usdoj.gov
> Craig A Welin    cwelin@frandzel.com,
> efiling@frandzel.com;smargetis@frandzel.com
> Anne Wells    wellsanne@earthlink.net

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 3/2/11, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| 3/2/11 | Anne E. Wells | /s/Anne E.Wells |
| *Date* | *Type Name* | *Signature* |

J.A. HILL CORPORATION
c/o THEODORE R. HOWARD, ESQ.
HOWARD STRICKROTH & PARKER, LLP
2677 NORTH MAIN STREET, SUITE 800
SANTA ANA. CA 92705

JPS SURFACE SOLUTIONS, INC.
c/o A MARIA PLUMTREE, ESQ.
PLUMTREE & TRAN. LLP
3692 KATELLA AVE., SUITE B
LOS ALAMITOS. CA 90720

KITSON SPECIALTY CONTRACTING
STEVEN SANDERS
24005 VENTURA BLVD.
CALABASAS, CA 91302

ALL PRO FRAMING, INC.
c/o STEVEN W. WEINSHENK, ESQ.
24005 VENTURA BOULEVARD
CALABASAS, CA 91302

JESSICA L. SHARRON, ESQ.
ALSTON & BIRD, LLP
333 SOUTH HOPE STREET, 16TH FLOOR
LOS ANGELES, CA 90071

SOUTHCOAST CABINET
c/o BRIAN S. MIZELL, ESQ.
THE MIZELL LAW FIRM
9421 HAVEN AVENUE, SUITE 200
RANCHO CUCAMONGA, CA 91730

BUILDERS SHOWCASE
c/o HEATHER LECOUIX, ESQ.
BARKER OLMSTEAD & BARNIER
2341 JEFFERSON STREET, SUITE 200
SAN DIEGO, CA 92110

ROBB EVANS & ASSOCIATES, LLC,
SCOTT NOSKIN
21860 BURBANK BLVD. # 360
WOODLAND HILLS, CA 91362

TJS ENTERPRISES, INC.
c/o SHAARON A. BANGS, ESQ.
1290 EAST CENTER COURT DRIVE
COVINA. CA 91724-3600

ALL VALLEY DISTRIBUTING INC.
c/o BARAK ISAACS, ESQ.
18757 BURBANK BOULEVARD, SUITE 215
TARZANA, CALIFORNIA 91356

WESTON BENSHOOF ROCHEFORT
333 SOUTH HOPE STREET, 16TH FLOOR
LOS ANGELES, CA 90071-2901

JYG CONCRETE
c/o SHAARON A. BANGS, ESQ.
1290 EAST CENTER COURT DRIVE
COVINA, CA 91724-3600

C&S PIPELINE
c/o BARTON C. MERRILL, ESQ.
P.O. BOX 4460
SANTA BARBARA, CA 93140

LOS ANGELES COUNTY TAX COLLECTOR
225 N. HILL STREET
LOS ANGELES, CA 90012

WALLDESIGN, INC.
c/o GREG L. ERIKSEN, ESQ.
1421 NORTH WANDA ROAD, SUITE 180
ORANGE, CA 92867

COUNTY OF LOS ANGELES TAX ASSESSOR
6120 BRISTOL PARKWAY
CULVER CITY, CA 90230

SIGNATURE INTERIORS
c/o JOHN C. NOLAN, ESQ.
3750 UNIVERSITY AVENUE, SUITE 250
RIVERSIDE, CA 92501

DRI COMMERCIAL CORPORATION
c/o P. RANDOLPH FINCH, JR., ESQ.
8620 SPECTRUM CENTER BLVD. #900
SAN DIEGO, CA 92123

FRANCHISE TAX BOARD
P.O. BOX 942857
SACRAMENTO, CALIFORNIA 94257-0601

DYNAMIC PLUMBING
c/o EDWARD M. PICOZZI, ESQ.
32631 HIGHWAY 79
WARNER SPRINGS, CA 92086

ALLISON ROSS AND MARK ROSS
c/o JEAN NOUGES
11377 WEST OLYMPIC BOULEVARD
LOS ANGELES, CA 9006

BUILDERS BANK
c/o CRAIG A. WELIN, ESQ.
6500 WILSHIRE BOULEVARD, 171H FLOOR
LOS ANGELES. CA 90048-4920

CELL-CRETE CORP.
c/o CHRISTIAN GRAHAM, ESQ.
23101 LAKE CENTER DRIVE, SUITE 140
LAKE FOREST, CA 92630'

JORDINIA OPERATIONS, INC.
c/o MICHAEL KEST
5150 OVERLAND AVENUE
CULVER CITY, CALIFORNIA 90230

MARGAUX ROSS
21051 WARNER CENTER LANE#115
WOODLAND HILLS, CA 91302

SURETY COMPANY OF THE PACIFIC
c/o PAUL R. GEISSLER, ESQ.
6345 BALBOA BLVD. #325
ENCINO, CA 91316