Cynthia Futter (State Bar No. 114096)
cfutter@futterwells.com
Futter-Wells, PC
2463 Ashland Avenue
Santa Monica, California 90405
Telephone: 310-450-6857
Facsimile: 888-907-0006

Attorneys for Carbon Beach Partners, LLC
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>CARBON BEACH PARTNERS, LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession. | CASE No. 1:09-bk-24657-GM<br><br>Chapter 11<br><br>**Notice Regarding Hearings on March 10, 2011**<br><br>Date: March 10, 2011<br>Time: 9:00 am |

Carbon Beach Partners, LLC, Debtor-in-Possession in the above-referenced Chapter 11 case ("Carbon Beach" or "Debtor") hereby files this notice as to hearings set for March 10, 2011 in light of recent events in this case.

1.  Recently, this court entered a stipulated order granting relief from the automatic stay to allow the Bank to foreclose on the Debtor's real property. The major remaining issues in this case center on the adversary proceeding (Case No. 1:10-ap-01184-GM) currently pending between the Bank and the Debtor.

2.  Currently, there is set for hearing on March 10, 2011 a hearing on the Debtor's motion

to value collateral, which motion is now moot and is hereby withdrawn, in light of the relief from stay order. The Debtor's motion to incur financing in connection with confirmation, for which a status conference was set for March 10, 2011 is now moot in light of the relief from stay order, and is hereby withdrawn. Thus, the Debtor and Builders Bank do NOT anticipate having any evidentiary hearings before the Court on March 10, 2011.

3. Similarly, set for status conference on March 10, 2011 is the Debtor's plan of reorganization, which will now need to be substantially amended along with the disclosure statement therefor, and may both be moot depending on the outcome of the motion of Builder's Bank to dismiss the adversary proceeding (discussed below). The pending motion to amend the plan is now moot and is hereby withdrawn. The pending motion for allowance of an administrative claim, for which the Debtor has filed a notice of non-opposition, is still set for March 10, 2011.

4. Finally, Builders Bank has filed a motion to dismiss the complaint against the Bank in the adversary proceeding, and the Receiver has already filed his answer to the complaint. The hearing on the Bank's motion to dismiss is set for March 10, 2011. As indicated in a stipulation to be filed with the Court, the principals of the Debtor and the Bank have agreed to meet in the next 10 days to discuss a resolution of the complaint and this case and are hereby requested a continuance of the hearing on the motion to dismiss for approximately three weeks to allow those discussions to occur. The Bank and the Debtor request that the Court continue the hearing to a date convenient for the Court in early April, 2011, or such other date as is available from the Court in approximately the same time frame.

DATED: March 8, 2011                FUTTER-WELLS, PC


By:  __/s/Cynthia Futter_____
     CYNTHIA FUTTER
     Attorneys for Carbon Beach Partners, LLC

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Futter-Wells, P.C., 2463 Ashland Avenue, Santa Monica, CA 90405.

**Notice Regarding Hearings on March 20, 2011**

The foregoing document described as
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 12/07/10, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

> Leib M Lerner    leib.lerner@alston.com
> Scott H Noskin    snoskin@mirmanbubman.com
> S Margaux Ross    margaux.ross@usdoj.gov
> Stephen M Sanders    smsanders@swlawfirm.net
> United States Trustee
> (SV)    ustpregion16.wh.ecf@usdoj.gov
> Craig A Welin    cwelin@frandzel.com, efiling@frandzel.com;smargetis@frandzel.com
> Anne Wells    wellsanne@earthlink.net

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____
I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| 3/08/11 | Anne E. Wells | /s/*Anne E.Wells* |
| *Date* | *Type Name* | *Signature* |